# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0176.  SMITH v. CORNERSTONE RESIDENTIAL MANAGEMENT, LLC.**

Upon consideration of Willie G. Smith's EMERGENCY MOTION FOR SUPERSEDEAS AND TO ENFORCE THE CAMBRON REMEDY, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/06/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*